**Samuel N. EDEH, Plaintiff–Appellant**

v.

**EQUIFAX INFORMATION SERVICES, LLC, Defendant–Appellee.**

No. 13–3364.

United States Court of Appeals, Eighth Circuit.

Submitted: May 7, 2014.

Filed: May 9, 2014.

Samuel Edeh, Rochester, MN, pro se.

Christopher Gerald Angell, Andrew T. Shern, Murnane & Brandt, Saint Paul, MN, Barry Goheen, Brian J. Olson, King

& Spalding, Atlanta, GA, for Defendant–Appellee.

Before BYE, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

Samuel Edeh appeals the district court's[1] adverse grant of summary judgment on his Fair Credit Reporting Act claims, its ruling on a discovery matter, and its denial of reconsideration. Following careful review, we affirm for the reasons stated by the district court in each of the challenged orders. *See* 8th Cir. R. 47B.

---

1. The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota.